

# MARGARET M. SHALLEY
## & ASSOCIATES, LLC

OF COUNSEL:
JAMES M. BRANDEN
JAMES SHALLEY

November 12, 2019

**VIA ECF & FIRST CLASS MAIL**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:    U.S. v. Christina Garcia,
                       19 Cr. 789 (PGG

Dear Judge Gardephe:

    I am the attorney for the defendant, Christina Garcia, in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. §3006A. Ms. Garcia was arraigned on the instant indictment on November 7, 2019, and an initial conference has been set for November 15, 2019. The purpose of this letter is to respectfully request that my Mentee, Carlos Santiago, stand in for me at the upcoming conference. Counsel will be attending a death penalty conference in San Diego on November 15th. Mr. Santiago was present with counsel during Ms. Garcia's arraignment. The Court's time and consideration of this request are greatly appreciated.

                                      Respectfully submitted,

                                      /s/
                                  Margaret M. Shalley

cc:    All counsel (by ECF)

**MEMO ENDORSED**
The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Nov. 13, 2019