# THE LAW OFFICE OF CARLOS M. SANTIAGO, P.C.

11 Broadway, Suite 615, New York, NY 10004.        P: 212-256-8460 / F: 212-256-8461



March 12, 2020

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2204
New York, New York 10007

                         Re:    **United States v. Christina Garcia**
                                        **19 Cr. 789 (PGG)**

Dear Judge Gardephe:

      Defense counsel respectfully submits this letter to request a temporary modification of Ms. Garcia's travel restrictions. This letter is submitted without any objections from the AUSA or Pretrial Services to this application.

      Ms. Garcia seeks a temporary modification of her travel restrictions to permit travel to Florida on April 1, 2020 and return on April 10, 2020. The purpose of her travel is to visit her mother who resides in Orlando Florida. Ms. Garcia's mother was a cosigner for the purpose of moral suasion for Ms. Garcia and was interviewed by the Government before co-signing Ms. Garcia's bond. Additionally, counsel has emailed both Pretrial Services and the AUSA with Ms. Garcia's mother's name and address in connection with this request.

      Thank you in advance for your consideration in this matter.

                                                                    Respectfully submitted,
                                                                    _____/s/_____

                                                                    Carlos M. Santiago, Jr.
                                                                    Attorney for Ms. Garcia

cc:     all parties (via ECF)

                                     MEMO ENDORSED

                                     The Application is granted.

                                     SO ORDERED:
                                     _Paul A. Gardephe_
                                     Paul G. Gardephe, U.S.D.J.
                                     Dated: March 16, 2020