# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

August 28, 2020

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

SO ORDERED.

_____
Robert W. Lehrburger
USMJ
Sept. 9, 2020

Re:   *U.S. v. Christina Garcia,*
         19 Cr. 789 (PGG)

Dear Judge Gardephe:

    I am the attorney for the defendant, Christina Garcia, in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. §3006A.  The purpose of this letter is to respectfully request that a new attorney be assigned to represent Ms. Garcia.  Ms. Garcia has requested new counsel because there has been a breakdown in communication resulting in an irreparable breakdown in the attorney-client relationship.  Accordingly, it is respectfully requested that the Court schedule a conference and assign a new attorney to represent Ms. Garcia.

    The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc:   All counsel (by ECF)