UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– v.–

CHRISTINA GARCIA,

                Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Christina Garcia's conditions of release are modified to permit her to relocate to, and reside in, the Middle District of Florida at the home of her parents, Carmen and Gilbert Garcia, located at 12118 Kendra Court, Orlando, Florida.

        The Pretrial Services Office is directed to transfer Defendant Garcia's supervision from the District of New Jersey to the Middle District of Florida.

Dated: New York, New York
       December 14, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge