UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

- v. -

CHRISTINA GARCIA,
   a/k/a "Cindy,"

          Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Christina Garcia's sentencing will take place on **November 16, 2021 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Garcia are due by **October 26, 2021**. The Government's submission is due by **November 2, 2021**.

      The Probation Department is directed to prepare a presentence investigation report for Defendant Garcia.

Dated:  New York, New York
         July 13, 2021