UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

CHRISTINA GARCIA,

              Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Christina Garcia's sentencing, currently scheduled for February 25, 2022, will now take place on **February 24, 2022 at 3:00 p.m.** The hearing will be in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

Dated:  New York, New York
         February 7, 2022

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge